TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN
















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00670-CV
 
 




 

 

In re Athena Turk

 

 

J. C., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 345th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-004498,
 The Honorable Paul Davis, JUDGE
 PRESIDING
 
 




 


 
 
                                          O
 R D E R   T O   S H O W  
 C A U S E
 PER CURIAM
                       This is a contempt
 proceeding ancillary to the appeal of J.C.  The
 subject of this proceeding is court reporter Athena Turk, who has failed to comply with this Court’s order to
 file the reporter’s record.
                       On October 23, 2012, we
 ordered Ms. Turk to file the record by November 2, 2012 and
 cautioned her that failure to file the record by that date could require her
 to show cause why she should not be held in contempt
 of court. 
                       Therefore,
 it is hereby ordered that Athena Turk
 shall appear in person before this Court on Wednesday, November 28, 2012, at 9:00
 a.m., in the Third Court of Appeals courtroom, located on the first floor of
 the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis
 County, Texas, to show cause why she should not be held in contempt and have
 sanctions imposed for her failure to obey our October 23, 2012 order.  This order to show cause will be withdrawn
 and Ms. Turk will be relieved of her obligation to appear before this Court
 as ordered above if the Clerk of the Court receives the complete reporter’s
 record before November 19, 2012.
                       It is ordered on November
 8, 2012.
  
 Before Chief
 Justice Jones, Justices Rose and Goodwin